IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KRAEMER BROTHERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CMR CONSTRUCTION & ROOFING OF TEXAS, LLC, CMR CONSTRUCTION & ROOFING, LLC, and STEVEN M. SOULE, <br><br> Defendants. | § § § § § § § § § § § § § § § Case No. 23-cv-703 |

## STIPULATION FOR DISMISSAL

WHEREAS, the parties entered into a written Settlement Agreement and Release ("Settlement Agreement");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, by their respective undersigned counsel, that:

1. Defendants' counterclaims shall be dismissed with prejudice, and without costs or fees to any party;

2. Plaintiff's claims shall be dismissed without prejudice and without costs or fees to any party, subject to Plaintiff's rights under the Settlement Agreement, including the right to reopen this action to enforce the terms of the Settlement Agreement if necessary; and

3. An order may be entered to the above effect without further notice.

**[Signatures appear on the following page]**

Respectfully submitted this 31st day of January, 2025.

| VON BRIESEN & ROPER, S.C. | QUARLES & BRADY LLP |
|---|---|
| __/s/ Devon R. Baumbach_____ | __/s/ Eric Van Schyndle_____ |
| Devon R. Baumbach (State Bar No. 1023009) | Stacy A. Alexejun (State Bar No. 1074016) |
| Jenifer L. Kraemer (State Bar No. 1031914) | Sydney E. VanBerg (State Bar No. 1101335) |
| 10 East Doty Street, Suite 900 | 33 East Main Street, Suite 900 |
| Madison, WI 53703 | Madison, WI 53703 |
| (608) 310-3602 | (608) 251-5000 |
| devon.baumbach@vonbriesen.com | (608) 251-9166 (Fax) |
| jenifer.kraemer@vonbriesen.com | stacy.alexejun@quarles.com |
|  | sydney.vanberg@quarles.com |
| *Attorneys for Plaintiff Kraemer Brothers, LLC* |  |
|  | Eric Van Schyndle (State Bar No. 1076063) |
|  | 411 East Wisconsin Avenue, Suite 2400 |
|  | Milwaukee, WI 53202 |
|  | (414) 277-5000 |
|  | (414) 203-0190 (Fax) |
|  | eric.vanschyndle@quarles.com |
|  | *Attorneys for Defendants CMR Construction & Roofing of Texas, LLC, CMR Construction & Roofing, LLC, and Steven M. Soule* |